FILED
JAN -2 PM 1:25

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mark McCain Lowe,

           Plaintiff,

vs.

Jimmy Walker
Warden,
           Defendant.

CASE NO. 5157486  -SI

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, MARK LOWE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed?  Yes ☐  No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Golden Bay Protective Services; Security and Patrol._
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.    Business, Profession or                     Yes ☐  No ☒
10             self employment
11       b.    Income from stocks, bonds,                  Yes ☐  No ☒
12             or royalties?
13       c.    Rent payments?                              Yes ☐  No ☒
14       d.    Pensions, annuities, or                     Yes ☐  No ☒
15             life insurance payments?
16       e.    Federal or State welfare payments,          Yes ☐  No ☒
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                                  Yes ☐  No ☒
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.    List amount you contribute to your spouse's support: $ _____

```
 1      b.     List the persons other than your spouse who are dependent upon you for
 2             support and indicate how much you contribute toward their support. (NOTE:
 3             For minor children, list only their initials and ages. DO NOT INCLUDE
 4             THEIR NAMES.).
 5      _____
 6      _____
 7  5.  Do you own or are you buying a home?          Yes ☐  No ☒
 8  Estimated Market Value: $_____ Amount of Mortgage: $_____
 9  6.  Do you own an automobile?                     Yes ☐  No ☒
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ☐ No ☐ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.  Do you have a bank account? Yes ☐ No ☒ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ☐ No ☒ Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ☐ No ☒
20  _____
21  8.  What are your monthly expenses?
22  Rent: $ _____N/A_____ Utilities: _____N/A_____
23  Food: $ _____N/A_____ Clothing: _____N/A_____
24  Charge Accounts:
25  Name of Account          Monthly Payment         Total Owed on this Account
26  _____N/A_____    $ _____N/A_____         $ _____N/A_____
27                           $                       $
28                           $                       $
```

- 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____N/A_____
4  _____
5
6  10.  Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits?   Yes ☐   No ☒
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
10 _____
11 _____
12      I consent to prison officials withdrawing from my trust account and paying to the court
13 the initial partial filing fee and all installment payments required by the court.
14      I declare under the penalty of perjury that the foregoing is true and correct and
15 understand that a false statement herein may result in the dismissal of my claims.
16
17 _12-20-07_____           _Mark McCain Lowe_____
        DATE                        SIGNATURE OF APPLICANT
18
19
20                              Case Number: _S157486_____

For Mark Lowe
P18836

Case Number: S157486

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **MARK M. LOWE** for the last six months at

[prisoner name]

**CSP-SACRAMENTO** where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **7.88** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **23.51**.

Dated: **01/14/07**

_____
[Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

- 5 -

```
REPORT ID: TS3030 .701                                           REPORT DATE: 12/13/07
                                                                 PAGE NO:          1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIF STATE PRISON SACRAMENTO
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: MAY  01, 2007 THRU DEC  13, 2007

ACCOUNT NUMBER  : F18836                    BED/CELL NUMBER: FB7 1 00000016L
ACCOUNT NAME    : LOWE, MARK MCCAIN         ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                                  TRUST ACCOUNT ACTIVITY
          TRAN
DATE      CODE  DESCRIPTION    COMMENT        CHECK NUM    DEPOSITS   WITHDRAWALS    BALANCE

05/01/2007      BEGINNING BALANCE                                                      51.06

05/14*DD30 CASH DEPOSIT    MR7815/ROC                        9.00                      60.06
05/15 FC01 DRAW-FAC 1      603419ADSG                                   13.52          46.54
05/16 W521 FUND RAISER C   603448FNDR                                   10.00          36.54
06/05 W536 COPAY CHARGE    603640CPAY                                    5.00          31.54
06/11 FR01 CANTEEN RETUR   603696                                        0.49-         32.03
06/12 FC02 DRAW-FAC 2      603713BFAC                                   13.05          18.98
06/20 W700 IWF SP SURCHA   603819/QTR                                    1.64          17.34
06/20 W415 CASH WITHDRAW   603819/QTR  205042241                        16.40           0.94
07/06*DD30 CASH DEPOSIT    MR4649/ROC                        9.00                       9.94
08/14 FC02 DRAW-FAC 2      700426BFAC                                    9.94           0.00
08/16*DD30 CASH DEPOSIT    MR4857/ROC                        9.00                       9.00
09/10*DD30 CASH DEPOSIT    MR4951/ROC                        9.00                      18.00
09/18 FR01 CANTEEN RETUR   700756                                        0.19-         18.19
09/18 FC02 DRAW-FAC 2      BFAC700763                                   18.00           0.19
10/16 FR01 CANTEEN RETUR   701035                                        0.10-         0.29
11/08*DD30 CASH DEPOSIT    MR5228/ROC                       11.25                      11.54
12/11 FC02 DRAW-FAC 2      701652BFAC                                   11.54           0.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/16/05                    CASE NUMBER: 050014605
COUNTY CODE: CC                             FINE AMOUNT: $  10,000.00

      DATE        TRANS.     DESCRIPTION                  TRANS. AMT.    BALANCE

  05/01/2007    BEGINNING BALANCE                                        9,786.00

  05/14/07      DR30       REST DED-CASH DEPOSIT           10.00-        9,776.00
  07/06/07      DR30       REST DED-CASH DEPOSIT           10.00-        9,766.00
  08/16/07      DR30       REST DED-CASH DEPOSIT           10.00-        9,756.00
```

```
REPORT ID: TS3030  701                                          REPORT DATE: 12/13/07
                                                                       PAGE NO:    2
                         CALIF STATE PRISON SACRAMENTO
                          INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: MAY  01, 2007 THRU DEC. 13, 2007

ACCT: F18836       ACCT NAME: LOWE, MARK MCCAIN              ACCT TYPE: I


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/16/05                        CASE NUMBER: 050014605
COUNTY CODE: CC                                 FINE AMOUNT: $   10,000.00

   DATE      TRANS.    DESCRIPTION                   TRANS. AMT.      BALANCE
  --------   ------    -----------                   -----------      -------
  09/10/07   DR30      REST DED-CASH DEPOSIT              10.00-      9,746.00
  11/08/07   DR30      REST DED-CASH DEPOSIT              12.50-      9,733.50

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                             TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL          CURRENT         HOLDS        TRANSACTIONS
   BALANCE      DEPOSITS     WITHDRAWALS      BALANCE        BALANCE       TO BE POSTED
  ---------    ---------    -------------    ---------      ---------     -------------
     51.06        47.25          98.31          0.00           0.00            0.00


                                                                      CURRENT
                                                                     AVAILABLE
                                                                      BALANCE
                                                                     ---------
                                                                        0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745)

I, _MARK LOWE_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_CSP-Sacramento_
_P.O. Box 290066_
_Represa Calif, 95671_
_F18836_

On, _December 20, 2007_, I served the following documents: _FILED Documents_ _____ on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _Clerk of The United States District Court for The Northern District of California, 450 Golden Gate Ave Box 36060 San Francisco CA, 94102._

2. _Attorney Generals office 455 Golden Gate Ave, suite 11000, San Francisco Calif, 94102._

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _20_ day of _December, 2007_, at California State Prison at Sacramento, Represa, California.

(Signature) _Mark McCain Lowe_
Declarant

*Trust office* [handwritten annotation]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S**
**IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.  **Non-habeas Civil Actions**

The filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

B.  **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER-Rev. 6/02