To the office of The Clerk U.S. District Court,

I have a writ of Habeas corpus pending, I have not heard anything in a while, could you please check and tell me what's going on i would really appreciate it, Thank You.

My name is Mark McCain Lowe

Case No. C 08 0005     SI
                      (PR)

FILED 08 MAR 24 PM 12:59 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 08 MAR 24 PM 12:56 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA