MARK LOWE - F/8836
B8-220
P.O. Box 290066
Represa CA 95671.

Office of The Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102.

CONFIDENTIAL Legal Mail