UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK MCCAIN LOWE,

        Plaintiff,

v.

JIMMY WALKER et al,

        Defendant.
_____/

Case Number: CV08-00005 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark McCain Lowe F-18836
CA State Prison-Folsom
P.O. Box 290066
Represa, CA 95671

Dated: April 8, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk