Mark Lowe - E/8836
CA State Prison - Folsom B8-220
P.O. Box 29066
Repressa CA, 95671.

Clerk of The United States District Court
For The Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102.

Legal Mail
Confidential

