1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ARTHUR P. BEEVER
   Deputy Attorney General
6  State Bar No. 242040
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5865
8    Fax: (415) 703-1234
     Email: arthur.beever@doj.ca.gov
9  Attorneys for Respondent

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARK M. LOWE,** | C 08-005 SI (pr) |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **JIMMY WALKER, Warden,** | |
| Respondent. | |

19       Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 30-day

20 extension of time from today's date until June 8, 2008, in which to file a response to the petition for

21 writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration

22 of counsel. We have not attempted to contact petitioner, who is an incarcerated state prisoner

23 representing himself in this case.

24       WHEREFORE, respondent respectfully requests that this Court grant an extension of time

25 to and including June 8, 2008, in which to file the answer or other responsive pleading.

26

27

28

App. for Ext. of Time to File Response - C 08-005 SI (pr)

1 | Dated:  May 9, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

8 |

9 | /s/ Arthur P. Beever
ARTHUR P. BEEVER
Deputy Attorney General

10 |

11 | Attorneys for Respondent

App. for Ext. of Time to File Response - C 08-005 SI (pr)

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Lowe v. Walker**

No.:    **C 08-005 SI (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>May 9, 2008</u>, I served the attached

**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE RESPONSE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Mark McCain Lowe
F-18836
California State Prison - Folsom
P.O. Box 290066
Represa, CA 95671

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 9, 2008, at San Francisco, California.

|  |  |
|---|---|
| M. Argarin | /s/ M. Argarin |
| Declarant | Signature |

40251881.wpd