EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ARTHUR P. BEEVER
Deputy Attorney General
State Bar No. 242040
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5865
  Fax: (415) 703-1234
  Email: arthur.beever@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARK M. LOWE,**<br><br>                          Petitioner,<br><br>    v.<br><br>**JIMMY WALKER, Warden,**<br><br>                          Respondent. | C 08-005 SI (pr)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |

I, Arthur P. Beever, declare under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this habeas corpus case.

2. On April 7, 2008, this Court issued an Order to Show Cause why the petition for a writ of habeas corpus should not be granted. However, according to the certificate of service, the order was not mailed until April 8, 2008. The California Attorney General's Office in San Francisco docketed the order on April 14, 2008.

3. The Deputy Attorney General who was assigned to represent respondent in the state courts, David Baskind, is currently offline working on a capital case. I am unfamiliar with the case. I have ordered the state court record from our archives and have received it. However, I am

presently unable to begin working on this case because I am preparing the Respondent's Brief on the Merits in *People v. Stevens* (California Supreme Court Case No. S158852). In the past 30 days, I filed Answers in the previously assigned cases of *Thigpen v. Adams* (C 07-4028) and *Johnson v. Kane* (C 07-4417). Once I have completed briefing *People v. Stevens*, I will devote substantially all of my time to working on this case.

4. I have not attempted to contact petitioner because he is an incarcerated state prisoner who is representing himself in this case.

5. Accordingly, I respectfully request that this Court grant an extension of time to and including June 8, 2008, in which to file a response to the order to show cause.

Dated: May 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Arthur P. Beever
ARTHUR P. BEEVER
Deputy Attorney General

Attorneys for Respondent

Dec. of Counsel in Support of App. for Ext. of Time to File Response - C 08-005 SI (pr)