IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARK M. LOWE,** | C 08-005 SI (pr) |
| Petitioner, | **ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE RESPONSE** |
| v. | |
| **JIMMY WALKER, Warden** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including June 8, 2008, to file a response to the petition for writ of habeas corpus.

DATED: _____

SUSAN ILLSTON
United States District Judge