UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK M. LOWE,<br><br>    Petitioner,<br><br>  v.<br><br>JIMMY WALKER, warden,<br><br>    Respondent.<br>_____/ | No. C 08-005 SI (pr)<br><br>**ORDER EXTENDING DEADLINES AND DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL** |

    Respondent has filed an <u>ex parte</u> request for a 30-day extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Arthur Beever, the court GRANTS respondent's request. (Docket # 7.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **July 11, 2008**. Petitioner must file and serve his traverse no later than **August 22, 2008.**

    Petitioner's second motion for appointment of counsel is DENIED for the same reasons the court denied his first motion last month. <u>See</u> Order To Show Cause, p. 2. (Docket # 6.)

    IT IS SO ORDERED.

DATED: May 15, 2008

                                            SUSAN ILLSTON<br>                                       United States District Judge