FILED JUN 0 8 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RECEIVED JUN 3 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Mark Lowe    Case No. C08-005    SI(pr)

To the clerk, for the court. I am writing to let the court know that I was transferred from Sacramento New Folsom, to Mule Creek State Prison on 5-8-08 by the warden Jimmy Walker respondent the day before he got an extension for an order to show cause for more time for the Deputy Attorney General. I am just now writing to you because I just got out of Ad-seg because they had no room for me and I just got my personal property on Friday 5-30-08 and I don't like the way the warden the respondent transfered me and how I've been treated. Anyway I am now at Mule Creek State Prison. I wrote this letter on 5-31-08