Mark Lowe - F18836
A1-116
Mule Creek State prison
P.O. Box 409020
Ione CA, 95640

Office of The Clerk, U.S. District Court
For The Northern District of California
450 Golden Gate Ave.
San Francisco, California 94102.

SACRAMENTO CA