1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY OTT
   Deputy Attorney General
5  ARTHUR P. BEEVER
   Deputy Attorney General
6  State Bar No. 242040
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5865
8    Fax: (415) 703-1234
     Email: arthur.beever@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

**MARK M. LOWE,** | C 08-005 SI (pr)
14

                              Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE**
15

16      v.

**JIMMY WALKER, Warden,**
17

                              Respondent.
18

19    Respondent provides this answer to the Order to Show Cause why the petition for writ of

20  habeas corpus should not be granted.

21                                       **I.**

22                                   **CUSTODY**

23    Petitioner is lawfully in the custody of Jimmy Walker, Warden of California State

24  Prison, Sacramento, as a result of a conviction by a Contra Costa County court of continual

25  sexual abuse of a child under 14 years of age, sodomy of a child under 14 years of age with a 10

26  year age difference, and 39 counts of lewd and lascivious conduct with a child under 14 years of

27  age.  The trial court sentenced petitioner to 585 years to life in prison.

28

## II.
## PROCEDURAL ISSUES

The claims in the petition are exhausted. The petition is timely within the meaning of 28 U.S.C. § 2244(d).

## III.
## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court's ruling was based on an unreasonable determination of fact or was contrary to or involved an unreasonable application of clearly established United States Supreme Court law. Respondent specifically denies that the trial court erred in finding petitioner competent and admitting evidence of Child Sexual Abuse Accomodation Syndrome, that petitioner was denied the effective assistance of counsel, and that petitioner was denied his Sixth Amendment rights by the imposition of upper term sentences.

## IV.
## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits: (1) Clerk's Transcript (5 volumes); (2) Supplemental Clerk's Transcript (1 volume); (3) Reporter's Transcript (7 volumes); (4) Supplemental Reporter's Transcript (4 volumes); (5) Appellant's Opening Brief; (6) Respondent's Brief; (7) Appellant's Reply Brief; (8) Opinion by California Court of Appeal; (9) Petition for Review; and (10) Order denying review by California Supreme Court.

## V.
## INCORPORATION BY REFERENCE

Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

## VI.
## CONCLUSION

Respondent respectfully requests that the petition for writ of habeas corpus be denied.

Answer to Order to Show Cause - C 08-005 SI (pr)

2

1  Dated: July 11, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General of the State of California

4  DANE R. GILLETTE
Chief Assistant Attorney General

5  GERALD A. ENGLER
Senior Assistant Attorney General

6  

7  GREGORY OTT
Deputy Attorney General

8  

9  /s/ Arthur P. Beever
ARTHUR P. BEEVER

10  Deputy Attorney General

11  Attorneys for Respondent

Answer to Order to Show Cause - C 08-005 SI (pr)

3