1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | GREGORY OTT
Deputy Attorney General
5 | ARTHUR P. BEEVER
Deputy Attorney General
6 | State Bar No. 242040
 455 Golden Gate Avenue, Suite 11000
7 | San Francisco, CA 94102-3664
 Telephone: (415) 703-5865
8 | Fax: (415) 703-1234
 Email: arthur.beever@doj.ca.gov
9 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**MARK M. LOWE,**

                Petitioner,

v.

**JIMMY WALKER, Warden,**

                Respondent.

C 08-005 SI (pr)

**NOTICE OF LODGING EXHIBITS WITH COURT**

Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities.

| | |
|---|---|
| Exhibit 1 | Clerk's Transcript on Appeal (5 vols.). |
| Exhibit 2 | Supplemental Clerk's Transcript on Appeal. |
| Exhibit 3 | Reporter's Transcript on Appeal (7 vols.). |
| Exhibit 4 | Supplemental Reporter's Transcript on Appeal (4 vols.). |
| Exhibit 5 | Appellant's Opening Brief on Appeal. |
| Exhibit 6 | Respondent's Brief on Appeal. |

Notice of Lodging Exhibits With Court - C 08-005 SI (pr)

| | | |
|---|---|---|
| 1 | Exhibit 7 | Appellant's Reply Brief on Appeal. |
| 2 | Exhibit 8 | Opinion, California Court of Appeal, case number A112739. |
| 3 | Exhibit 9 | Petition for Review, California Supreme Court. |
| 4 | Exhibit 10 | Order, California Supreme Court, case number S157486. |

Dated: July 11, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY OTT
Deputy Attorney General

/s/ Arthur P. Beever
ARTHUR P. BEEVER
Deputy Attorney General

Attorneys for Respondent