

Mark Lowe - F18836
Mule Creek State Prison - A1-116
P.O. Box 409020
Ione CA) 95640.

Clerk of The United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102.

Legal Mail
Confidential

08-05-08 c/o L. Arth