**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7

8   MARK M. LOWE,                              No. C 08-005 SI (pr)

9            Petitioner,                       **JUDGMENT**

10       v.

11  DAWN DAVIDSON, warden,

12           Respondent.

13  ————————————————————————/

14       The petition for writ of habeas corpus is denied.  Judgment is hereby entered in favor of

15  respondent.

16

17       IT IS SO ORDERED AND ADJUDGED.

18

19  DATED: June 15, 2009

20                                             _____
                                               SUSAN ILLSTON
                                               United States District Judge

21

22

23

24

25

26

27

28